IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GATHINGS,                         No. CIV-S-04-2210 MCE/PAN P

    Petitioner,

  v.                                    <u>ORDER</u>

GEORGE J. GIURBINO, Warden,

    Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 12, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 12, 2005, are adopted in full; and

2. Petitioner is permitted 60 days to file an amended petition containing only his exhausted claims and a motion to stay this action and hold it in abeyance while he exhausts his other claims.

DATE: May 24, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2