United States District Court

Eastern District of California

David Gathings,

    Petitioner,	No. Civ. S 04-2210 MCE PAN P

  vs.	Order

George J. Giurbino, Warden,

    Respondent.

-oOo-

May 25, 2005, the court dismissed the petition for a writ of habeas corpus with leave within 60 days to file an amended petition and a motion to stay these proceedings.

The 60 days have passed and petitioner has filed an amended petition but no motion to stay these proceedings.

Accordingly, this action will proceed on the amended petition filed July 29, 2005.

I therefore direct respondent to respond to petitioner's application within 60 days from the date of this order. <u>See</u> Rule

1 4, Fed. R. Governing § 2254 Cases.  An answer shall be
2 accompanied by any and all transcripts or other documents
3 relevant to the determination of the issues presented in the
4 application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.
5 Petitioner's reply, if any, shall be filed and served within 30
6 days of service of an answer.  If the response to petitioner's
7 application is a motion, petitioner's opposition or statement of
8 non-opposition shall be filed and served within 30 days of
9 service of the motion, and respondents' reply, if any, shall be
10 filed within 15 days thereafter.  The Clerk of the Court shall
11 serve a copy of this order together with a copy of petitioner's
12 July 29, 2005, amended petition for a writ of habeas corpus
13 pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant
14 Attorney General for the State of California.

    So ordered.

    Dated:  August 30, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge