United States District Court

Eastern District of California

David Gathings,

    Petitioner,	No. Civ. S 04-2210 MCE PAN P

 vs.	Order

George J. Giurbino, Warden,

    Respondent.

-oOo-

October 19, 2004, petitioner filed a petition for a writ of habeas corpus and paid the filing fee.  July 29, 2005, petitioner filed a motion for leave to proceed in forma pauperis.

Since petitioner paid the filing fee, his July 29, 2005, motion is denied.

So ordered.

Dated:  January 17, 2006.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge